UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DAVID SHUMAN, | ) | NO. CV-07-0219-AMJ |
| | ) | |
| Plaintiff, | ) ) | ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**BEFORE THE COURT** is the parties' stipulation for dismissal. (Ct. Rec. 12). Attorney Lora Lee Stover represents Plaintiff; Assistant United States Attorney Frank A. Wilson and Special Assistant United States Attorney David M. Blume represent Defendant. The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6).

On October 23, 2007, the parties, through their respective counsel, stipulated that the above entitled matter be dismissed with prejudice, with no costs, expenses or fees to either side. (Ct. Rec. 12). Pursuant to the stipulation of the parties and Fed. R. Civ. P. 41(a)(1)(ii) and good cause appearing therefor, **IT IS ORDERED:**

   1.   The Court **GRANTS** the parties' stipulation for dismissal. (**Ct. Rec. 12**).

   2.   The action is **DISMISSED** with prejudice.

///

ORDER GRANTING STIPULATION FOR DISMISSAL ~ 1

1 |     3.   The District Court Executive is directed to file this
2 | Order, provide a copy to counsel for Plaintiff and Defendant, and
3 | **CLOSE** the file.
4 |     **IT IS SO ORDERED.**
5 |
6 |     DATED this____23rd____day of October, 2007.
7 |                               *S/John L. Weinberg*
8 |                               JOHN L. WEINBERG
  |                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION FOR DISMISSAL ~ 2